09-06-2006

**ORIGINAL**

X019025

1  **CAREY D. GORDEN**
   California Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467
4
5  Attorneys for Francisco Duran-Armas

6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10                  (HONORABLE DANA M. SABRAW)
11  UNITED STATES OF AMERICA,          )    Case No. 06CR0276-DMS
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )    **STIPULATION AND ORDER**
                                        )
14  FRANCISCO DURAN-ARMAS,              )
                                        )
15              Defendant.              )
                                        )
16
17       **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that, for good cause,
18  the sentencing hearing in the above-captioned case should be continued from September 15, 2006 to Monday,
19  October 2, 2006, at 9:00 a.m.
20       **IT IS SO STIPULATED.**
21  DATED: _9/6/06._

                                        CAREY D. GORDEN
22                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Francisco Duran-Armas
23
24  DATED: _9/6/06_

                                        WILLIAM NARUS
25                                      Assistant United States Attorney
26       **IT IS SO ORDERED.**
27  DATED: _9-13-06_

                                        HONORABLE DANA M. SABRAW
28                                      United States District Court Judge

FILED

06 SEP 13  AM 10: 58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY


1 AUSA
  Probo